IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CARLTON L. AVERY,                        )
                                         )
    Plaintiff,                           )
                                         )
    v.                                   ) CASE NO. 2:24-cv-594-ECM
                                         )
MONTGOMERY COUNTY SHERIFF'S               )
OFFICE,                                  )
                                         )
    Defendant.                           )

## MEMORANDUM OPINION and ORDER

On November 5, 2024, the Magistrate Judge entered a Recommendation (doc. 6) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 6) is ADOPTED, and this case is DISMISSED with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B).

A separate Final Judgment will be entered.

DONE this 10th day of January, 2025.

                    /s/ Emily C. Marks
                  EMILY C. MARKS
                  CHIEF UNITED STATES DISTRICT JUDGE